| Information to identify the case: | |
|---|---|
| Debtor 1  **Douglas T Hawkins** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx−xx−1513** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1−20−41657−cec** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Robert J Musso (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Carla E. Craig
United States Bankruptcy Judge

Dated: September 11, 2020

**BLfnld7** [Final Decree 7 rev 12/01/15]