# Notice Recipients

District/Off: 0207–1            User: admin                Date Created: 09/11/2020
Case: 1–20–41657–cec            Form ID: 205               Total: 4

**Recipients of Notice of Electronic Filing:**
tr          Robert J Musso         Rmusso@nybankruptcy.net
aty         Jacob Silver           silverbankruptcy@gmail.com

                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Douglas T Hawkins      194–08 115th Ave.      Saint Albans, NY 11412
smg         Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office
            Building       201 Varick Street, Suite 1006      New York, NY 10014

                              TOTAL: 2